# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA BARRIENTOS,** | ) Case No. 2:17-cv-07657-PA-AGR |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **NATIONWIDE RECOVERY SYSTEMS, LTD.** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 14th day of November, 2017.

_____
The Honorable Percy Anderson